# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Boston, Scott Boston, | Civil No. 11-1880(RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Dr. Lawrence H. Licht, | |
| Defendant. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: July 14, 2011

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge