**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Julie Bostrom, Scott Bostrom, | Civil No. 11-1880 (RHK/LIB) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| Dr. Lawrence H. Licht, | |
| Defendant. | |

---

Based upon the parties' Stipulation for Voluntary Dismissal (Doc. No. 28), **IT IS ORDERED** the above-captioned matter is **DISMISSED WITH PREJUDICE**, without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 26, 2012

                                     s/Richard H. Kyle
                                     RICHARD H. KYLE
                                     United States District Judge