**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Julie Bostrom, Scott Bostrom,                    Civil No. 11-1880 (RHK/LIB)

                  Plaintiffs,

vs.                                              **ORDER OF DISMISSAL**

Dr. Lawrence H. Licht,

                  Defendant.

---

Based upon the parties' Stipulation for Voluntary Dismissal (Doc. No. 28), **IT IS ORDERED** the above-captioned matter is **DISMISSED WITH PREJUDICE**, without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 26, 2012

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge