✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Julie Bostrom and Scott Bostrom,

V.

Dr. Lawrence H. Licht,

**JUDGMENT IN A CIVIL CASE**

Case Number:  11-1880 RHK/LIB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-captioned matter is DISMISSED WITH PREJUDICE, without costs to any party.


| 7/25/12 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Rena L. Riemer |
| | (By)   Rena Lexvold Riemer,   Deputy Clerk |